COUNTY OF COOK
STATE OF ILLINOIS
OFFICE OF THE COUNTY CLERK
DAVID ORR
CERTIFICATION OF MARRIAGE

LICENSE NUMBER: 0312478-0    BETWEEN    SAKINE

GROOM'S NAME: AHMED
AGE: 29
                             A N D

BRIDE'S NAME: KIMBERLY    L.    ATTEWELL
AGE: 26
                             O N

DATE OF MARRIAGE:    MAY 17, 2003

WERE UNITED IN MARRIAGE IN THE COUNTY OF COOK, AND STATE OF ILLINOIS

                RELIGIOUS    I N   A
                             CEREMONY
                             B Y
                             A T

NAME: KIFAH A. MUSTAPHA
OFFICIATE TITLE: DIRECTOR

PLACE OF MARRIAGE: BRIDGEVIEW, ILLINOIS

DATE RECORDED:       MAY 22, 2003
APPLICATION DATE:    MAY 15, 2003

03404594

This is to certify that this is a true and correct abstract from the official record filed with the office of the Cook County Clerk.

*David D. Orr*
DAVID D. ORR
COUNTY CLERK

ISSUED AT: COUNTY BUILDING
CHICAGO, ILLINOIS 60602-1304

06/02/2003    15:06

This copy is not valid unless displaying embossed seals of Cook County and County Clerk signature

VOID IF ALTERED OR ERASED

EXHIBIT
B