Alisa ███

| | |
|---|---|
| From: | Alisa ███ |
| Sent: | Tuesday, March 20, 2007 11:49 AM |
| To: | '███@dhs.gov' |
| Cc: | Janet ███ |
| Subject: | Ahmed Sakine -- A98 069 406 |

I am the legal assistant to Donald Kempster. Mr. Sakine has recently retained our office to represent him in his immigration case. Attached is form G-28.

Mr. Sakine was present for his adjustment of status interview on March 30, 2005. He was told by the officer that he would receive a written response by mail. To date, he has not received any response.

Please review your files, note our appearance in this mattter and provide us with updated status of Mr. Sakine's I-485 application. If possible, please send the approval notice to our office.

Thank you.

📄 Sakine G28.pdf

Alisa ███
Legal Assistant
Kempster, Keller & Lenz-Calvo, Ltd.
332 S. Michigan Avenue, Suite 1428
Chicago, Il 60604

Telephone: 312-341-9730 ███
Fax: 312-341-0399
e-mail: ███@kklc-ltd.com

www.klc-ltd.com

1

**EXHIBIT C-1**

**Alisa** ███

From: ███ [███@dhs.gov]
Sent: Wednesday, June 13, 2007 2:23 PM
To: Alisa ███
Subject: RE: Ahmed Sakine -- A98 069 406

Dear Ms. ███

Thank you for your e-mail to the U.S. Citizenship and Immigration Services (USCIS). The following response is provided for your information/action.

Our records indicate that your client's case is under further review by the adjudicating officer. All evidence submitted by Mr. Sakine in support of his application for adjustment of status is being examined.

Cases may require additional review for a variety of reasons. When it is in the interest of upholding the United States immigration laws both in terms of enforcement and rights to privacy, that information may not be disclosed. It is difficult to predict when this review will be completed. Every effort is being made to render an accurate and final decision in a timely manner. We ask that your client allow at least 90 days for a response before inquiring again.

We thank you for your understanding and patience.

Sincerely,

L███ ███ 
Customer Assistance Office
U.S. Citizenship and Immigration Services

---

From: Alisa ███ [mailto:███@klc-ltd.com]
Sent: Tuesday, March 20, 2007 12:49 PM
To: ███
Cc: Janet ███
Subject: Ahmed Sakine -- A98 069 406

I am the legal assistant to Donald Kempster. Mr. Sakine has recently retained our office to represent him in his immigration case. Attached is form G-28.

Mr. Sakine was present for his adjustment of status interview on March 30, 2005. He was told by the officer that he would receive a written response by mail. To date, he has not received any response.

Please review your files, note our appearance in this mattter and provide us with updated status of Mr. Sakine's I-485 application. If possible, please send the approval notice to our office.

Thank you.

6/14/2007


EXHIBIT C-2

<<Sakine G28.pdf>>
Alisa ▮
Legal Assistant
Kempster, Keller & Lenz-Calvo, Ltd.
332 S. Michigan Avenue, Suite 1428
Chicago, Il 60604

Telephone: 312-341-9730 ▮
Fax: 312-341-0399
e-mail: ▮@kklc-ltd.com

www.klc-ltd.com

6/14/2007

**Alisa**
_____

From:         Alisa
Sent:         Wednesday, July 18, 2007 11:07 AM
To:           '███@dhs.gov'
Subject:    Ahmed SAKINE -- A98 069 406

Dear Sir or Madam-
I am the legal assistant to Donald Kempster. Please find attached form G-28.

Mr. Sakine was present for his adjustment of status interview on March 30, 2005. He was told by the officer that he would receive a written response by mail. To date he has not received any response.

Please review your files, note our appearance in this matter, and provide us with an updated status of Mr. Sakine's I-485 application. We respectfully request that you approve his application at your earliest convenience.

Thank you for your attention to this matter.

RE: Ahmed SAKINE
Alien #: A98 069 406
COB: MOROCCO
Address: 11205 Moraine Drive
         Palos Hills, IL
         60465


Sakine G28.pdf


Alisa
Legal Assistant
Kempster, Keller & Lenz-Calvo, Ltd.
332 S. Michigan Avenue, Suite 1428
Chicago, Il 60604


Telephone: 312-341-9730
Fax: 312-341-0399
e-mail: ███@klc-ltd.com


www.klc-ltd.com

EXHIBIT C-3

**Alisa**

From: CAO PILOT [████████@dhs.gov]
Sent: Tuesday, August 14, 2007 2:16 PM
To: Alisa ████
Subject: Status Inquiries

Below find responses to email inquiries:

████████████ I-485 pending name check as of June 1, 2007
████████████ I-485 pending name check as of June 1, 2007
████████████ I-485 pending investigation as of July 17, 2007
████████████ I-485 pending investigation as of June 8, 2007
████████████ I-485 pending as of June 12, 2007
SAKINE, Ahmed  A098 069 406  I-485 pending investigation


EXHIBIT C-4

8/21/2007

RICHARD J. DURBIN
ILLINOIS

COMMITTEE ON APPROPRIATIONS

COMMITTEE ON THE JUDICIARY

COMMITTEE ON RULES
AND ADMINISTRATION

ASSISTANT DEMOCRATIC
LEADER

332 DIRKSEN SENATE OFFICE BUILDING
WASHINGTON, DC 20510-1304
(202) 224-2152
TTY (202) 224-8180

230 SOUTH DEARBORN, 38TH FLOOR
CHICAGO, IL 60604
(312) 353-4952

525 SOUTH EIGHTH STREET
SPRINGFIELD, IL 62703
(217) 492-4062

701 NORTH COURT STREET
MARION, IL 62959
(618) 998-8812

durbin.senate.gov

# United States Senate
Washington, DC 20510-1304

January 10, 2007

Mr. Ahmed Sakine
11205 Moraine Drive
Apartment 2S
Palos Hills, IL  60465

Dear Mr. Sakine:

I have received the enclosed response from USCIS, regarding my office's inquiry on your behalf.

I trust that we have been of service to you.

Please feel free to contact my office again if we can assist you in other matters of federal concern.

Very truly yours,

Richard J. Durbin
United States Senator

230 South Dearborn St.
Suite 3892
Chicago, Illinois  60604
312/353-4952

RJD/kl

EXHIBIT C-5

**Love, Kai (Durbin)**

| | |
|---|---|
| **From:** | Goss-Fields, Anita J |
| **Sent:** | Wednesday, January 10, 2007 11:49 AM |
| **To:** | Love, Kai (Durbin) |
| **Subject:** | RE: Ahmed Sakine/A 098 069 406/485 |

Honorable Richard J. Durbin
Attn: Kai A. Love, Director of Constituent Services

Re: Ahmed Mohammed Sakine, A98 069 406

Dear Senator Durbin,

Our records indicate that your case is under further review by the adjudicating officer along with the assistance of other agencies pertaining to the bonafides of the documented evidence you submitted in support of your application and/or petition for the immigration benefit you are seeking to obtain. Cases are referred for additional review for a variety of reasons, therefore it is difficult to predict with accuracy when this review will be completed. Every effort is being made to render a final decision in a timely manner.

Sincerely,

Ruth A. Dorochoff
District Director

---

**From:** Love, Kai (Durbin)
**Sent:** Wednesday, January 10, 2007 11:45 AM
**To:** Goss-Fields, Anita J
**Subject:** RE: Ahmed Sakine/A 098 069 406/485

---

**From:** CHI-Congressional
**Sent:** Tuesday, June 07, 2005 10:41 AM
**To:** Love, Kai (Durbin)
**Subject:** RE: Ahmed Sakine/A 098 069 406/485

Dear Congressional Office,

This is to acknowledge receipt of your inquiry received today.

1/10/2007