**FILED**
**NOVEMBER 15, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**07 C 6493**

| In the Matter of | Case Number: |
|---|---|
| AHMED M. SAKINE and KIMBERLY SAKINE<br>v.<br>RUTH A. DOROCHOFF, Chicago District Director of USCIS;<br>MICHAEL CHERTOFF, Secretary of the U.S. DHS; and<br>ROBERT S. MUELLER, III, Director of FBI | **JUDGE DARRAH**<br>**MAGISTRATE JUDGE ASHMAN** |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

AHMED M. SAKINE and KIMBERLY SAKINE

| |
|---|
| NAME (Type or print)<br>Robert C. Milla |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Robert C. Milla |
| FIRM<br>Kempster, Keller & Lenz-Calvo, Ltd. |
| STREET ADDRESS<br>332 S. Michigan Avenue, Suite 1428 |
| CITY/STATE/ZIP<br>Chicago, IL 60604 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 26650 | 312 341-9730 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ✓ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
|---|
| RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ |